IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BOBI SUGG,<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY COUNTY, SHERIFF TOM BOYER, and ZEBEDIAH SHAWVER, and JOHN DOES 1-10<br><br>Defendants. | CV 24-70-GF-KLD<br><br>ORDER |

Plaintiff Bobi Sugg has filed an unopposed motion for leave to file her preliminary pretrial statement under seal on the ground that it contains information gleaned from confidential criminal justice information. (Doc. 37). Accordingly, and good cause appearing,

IT IS ORDERED that Plaintiff's motion (Doc. 37) is GRANTED. The preliminary pretrial statement lodged under seal on April 15, 2026 (Doc. 38) is hereby deemed filed under seal as of that date.

DATED this 20th day of April, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge